**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

GINAMARIE ENGELS,

                Plaintiff,                25 **CIVIL** 2176 (ALC)

     -v-                                        **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 6, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      June 9, 2025

                                                    **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                        **BY:**

                                                         **Deputy Clerk**