USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __09/15/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GINAMARIE ENGELS,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**STIPULATION AND ORDER
REGARDING ATTORNEY FEES**

Civil Action No.
1:25-cv-02176-ALC

          The parties, through their attorneys, stipulate that Plaintiff is awarded to $2,400.00 in

attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d), in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid

to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and if Plaintiff owes no debt

to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $405.00.

Dated:  September 15, 2025

/s/ Christopher James Bowes
CHRISTOPHER JAMES BOWES
Attorney for Plaintiff
Law Office of Christopher James
Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
212-979-7575
Fax: 631-929-1700
Email: chris@cedarlaw.org

JAY CLAYTON
United States Attorney
Sothern District of New York
Attorney for Defendant

By:     /s/ Sergei Aden
SERGEI ADEN
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
212-264-2026
Sergei.Aden@ssa.gov

SO ORDERED:

**GRANTED.** Plaintiff's motion pending at ECF No. 9 is denied as moot.

ANDREW L. CARTER, JR.
United States District Judge
 September 15, 2025
 New York, NY

2